453 A.2d 337

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF EDUCATION, et al., Appellants,**

v.

**DELAWARE COUNTY INTERMEDIATE UNIT NO. 25, et al.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1982.

Decided Dec. 29, 1982.

John A. Alzamora, Asst. Counsel, Harrisburg, for appellant.

Paul L. Stevens, Morrisville, for Bucks Co. Schools Inter. Unit No. 22.

William P. Lincke, Media, Richard H. Greenberg, Phillip Salkin, Lansdale, Michael I. Levin, Harrisburg, amicus curiae School Bd.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

The June 8, 1981, order of the Commonwealth Court denying the Department of Education's motion for leave to file exceptions and application for relief is vacated and the matter is remanded to that court for the filing of exceptions.